UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-CR-00017-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHARLES LOGWOOD (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation [Doc. No. 44] of the Magistrate Judge having been considered, together with the written objections filed by both the Government [Doc. No. 49] and Charles Logwood ("Logwood") [Doc. No. 50] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Motion to Suppress [Doc. No. 28] filed by Defendant Logwood is hereby **GRANTED IN PART** and **DENIED IN PART**.

MONROE, LOUISIANA, this 13th day of November 2024.

_____
Terry A. Doughty
United States District Judge